IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN,<br><br>    Petitioner,<br><br>v.<br><br>WHITE OAK GLOBAL ADVISORS, LLC,<br><br>    Respondent. | Case No. 21-cv-8330 |

### RESPONDENT'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for White Oak Global Advisors, LLC ("White Oak) (a private non-governmental party), certifies the following:

1. White Oak's parent company is White Oak Financial, LLC, and no publicly held corporation owns 10% or more of the stock of White Oak or White Oak Financial, LLC.

Dated: October 20, 2021

Respectfully submitted,

SIDLEY AUSTIN LLP

By: */s/ James Heyworth*

James Heyworth
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 839-5300
jheyworth@sidley.com