IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN,<br><br>     Petitioner,<br><br>v.<br><br>WHITE OAK GLOBAL ADVISORS, LLC,<br><br>     Respondent. | Case No. 21-cv-8330 |

**NOTICE OF WHITE OAK GLOBAL ADVISORS, LLC'S
PETITION TO VACATE, IN PART, AN ARBITRATION AWARD**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Thomas K. Cauley, Jr. and exhibits thereto, White Oak Global Advisors, LLC ("White Oak"), by the undersigned attorneys, hereby petitions this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 10, for an order vacating in part an arbitration award dated August 4, 2021, and for such other relief as is deemed just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within 14 days after service of this Petition.

Dated: October 20, 2021

Respectfully Submitted,

SIDLEY AUSTIN LLP

By: */s/ James Heyworth*

James Heyworth
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 839-5300
jheyworth@sidley.com