UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE NEW YORK
STATE NURSES ASSOCIATION
PENSION PLAN,

                Petitioners,

v.

WHITE OAK GLOBAL ADVISORS, LLC,

                Respondent.

Civil Action No. 21 Civ. ____

**NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT**

      **PLEASE TAKE NOTICE** that, upon the accompanying Petition to Confirm Arbitration Award And For Entry of Judgment, Memorandum of Law, and Declaration of C. William Phillips, Petitioners, by their undersigned attorneys, will petition the Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the arbitration awards issued in the arbitration between Petitioners and Respondent and appended to the Petition, and directing that the awards be entered as the judgment of this Court.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), answering papers, if any must be served within 14 days after service of this Petition.

New York, New York
Dated: October __, 2021

          COVINGTON & BURLING LLP

          _____
          C. William Phillips

          Jonathan M. Sperling
          Cléa P.M. Liquard
          The New York Times Building
          620 Eighth Avenue
          New York, NY 10018
          212-841-1000
          cphillips@cov.com
          jsperling@cov.com
          cliquard@cov.com

          Robert Newman
          One CityCenter
          850 Tenth Street, NW
          Washington, DC 20001
          202-662-6000
          rnewman@cov.com

          *Attorneys for Petitioners Trustees of the New York*
          *State Nurses Association Pension Plan*