UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

File Under Seal

------------------------------------------x  
THE TRUSTEES OF THE NEW YORK STATE  
NURSES ASSOCIATION PENSION PLAN,

Petitioners,

-against-

21-cv-8330 (LAK)

WHITE OAK GLOBAL ADVISORS, LLC,

Respondent.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The parties shall submit to chambers copies of any papers previously submitted with respect to the motion to seal presented to Judge Vyskocil. They shall advise the Court by October 18, 2021 whether any further briefing on that subject is desired and, if so, propose a schedule for any further submissions.

      SO ORDERED.

Dated:    October 12, 2021

/s/ Lewis A. Kaplan  
_____  
Lewis A. Kaplan  
United States District Judge