ORIGINAL

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　　File Under Seal
SOUTHERN DISTRICT OF NEW YORK　　　　　　　　CM-ECF Access to Court and Parties
------------------------------------------x
THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION PLAN,

　　　　　　　　　　Petitioners,

　　　　-against-　　　　　　　　　　　　　　　　　　　　　　　　21-cv-8330 (LAK)

WHITE OAK GLOBAL ADVISORS, LLC,

　　　　　　　　　　Respondent.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

　　　　The parties shall submit any papers in support of continued sealing of the documents already of record, or parts thereof, no later than October 25, 2021. Any party seeking continued secrecy shall identify specifically the materials as to which such treatment is sought and the alleged basis for granting it.

Dated:　　　　October 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lewis A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lewis A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge