UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
The Trustees of the New York State
Nurses Association Pension Plan,

              Plaintiff,          21-cv-8330 (LAK)

v.

White Oak Global Advisors, LLC,

              Defendant.
------------------------------x

## ORDER

        Oral argument regarding the pending motion to vacate the arbitration award (DI 10) is scheduled to be heard on March 9, 2022 at 10:30 AM in Courtroom 21B.

        SO ORDERED.

Dated:      March 2, 2022

                                                Lewis A. Kaplan
                                       United States District Judge