UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRUSTEES OF THE NEW YORK
STATE NURSES ASSOCIATION PENSION
PLAN,

                    Petitioner,

-against-

WHITE OAK GLOBAL ADVISORS LLC,
                    Respondent.
-----------------------------------------------------------X



21 CIVIL 8330 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Opinion dated March 17, 2022, White Oak's motion is granted to the very limited extent that the award is modified as described about solely with respect to White Oaks' retention of the IMA management fee and denied in all other respects. The Plan's petition to confirm the arbitration award, consisting of the PFA and the FA and as modified by the preceding paragraph, is granted in all respects. The Plan's requests for post-award prejudgment interest and for a declaratory judgment are denied, the latter as moot; accordingly, the case is closed.

**Dated**: New York, New York
           March 17, 2022

                                              RUBY J. KRAJICK
                                              Clerk of Court
                        BY: _____
                                              Deputy Clerk