IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN, | ) ) ) ) | |
| Petitioners, | ) ) | Case No. 21-cv-8330 (LAK) |
| v. | ) ) | |
| WHITE OAK GLOBAL ADVISORS, LLC, | ) ) | |
| Respondent. | ) | |

### NOTICE OF WHITE OAK GLOBAL ADVISORS, LLC'S MOTION TO VACATE THE MARCH 17, 2022 JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Troy Beatty and exhibits thereto, White Oak Global Advisors, LLC ("White Oak"), by the undersigned attorneys, hereby moves this Court, before the Honorable Judge Lewis A. Kaplan, United States District Judge, Southern District of New York, on a date and at a time to be designated by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, pursuant to Rules 59(e) and 60(b)(4) of the Federal Rules of Civil Procedure, for an order vacating Court's March 17, 2022 judgment (Dkt. 59 & 60), and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within 14 days after service of this Motion.

Dated: April 13, 2022

Respectfully Submitted,

By: <u>*/s/ Thomas K. Cauley, Jr.*</u>

Thomas K. Cauley, Jr. (*pro hac vice*)
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(312) 853-7076
tcauley@sidley.com