# Exhibit A

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Cléa P.M. Liquard

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1173
cliquard@cov.com

**By Email**                                                                                   May 9, 2022

Thomas K. Cauley, Esq.
Steven E. Sexton, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

> Re: *Trustees of the NYSNA Pension Plan v. White Oak Global Advisors LLC*, No. 21-cv-8330

Dear Messrs. Cauley and Sexton:

We write on behalf of the Trustees of the New York State Nurses Association Pension Plan (the "Plan"). In its Judgment and Memorandum Opinion entered on March 17, 2022, the Court granted the Plan's petition to confirm the arbitration award as related to, *inter alia*, the following relief:

1. disgorgement of the "Day One" management fees in the amount of $1,929,836.07;

2. prejudgment interest on "Day One" management fees at 9% per annum in the amount of $1,319,532.02;

3. attorneys' fees and costs in the amount of $5,722,249.35.

As of the time of this correspondence, White Oak has yet to comply with the relevant portion of the Court's Judgment by transmitting funds in the above amounts to the Plan. The Plan therefore requests that White Oak transmit funds in the total amount of $8,971,617.44 to the Plan via wire transfer no later than Wednesday, May 11, 2022.

The Plan reserves all rights.

Sincerely,

*/s/ Cléa Liquard*

Cléa P.M. Liquard

cc:   C. William Phillips, Esq.
      Jonathan M. Sperling, Esq.