# Exhibit C

| | |
|---|---|
| **From:** | Liquard, Clea |
| **To:** | Sexton, Steven; Cauley, Thomas K. |
| **Cc:** | Phillips, C. William; Sperling, Jonathan |
| **Subject:** | NYSNA Pension Plan v. White Oak |
| **Date:** | Wednesday, May 18, 2022 9:54:58 AM |
| **Attachments:** | NYSNA v. White Oak - Information and Document Subpoena - First Republic ....pdf |
| | NYSNA v. White Oak - Information, Testimony, and Document Subpoena to SE....pdf |

**EXTERNAL EMAIL - Use caution with links and attachments**

Counsel,

Please find attached copies of two subpoenas being served today.

Regards,
Cléa

### Cléa P.M. Liquard

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1173 | cliquard@cov.com

www.cov.com