# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE NEW YORK
STATE NURSES ASSOCIATION PENSION
PLAN,

                         Petitioners,

          v.

WHITE OAK GLOBAL ADVISORS, LLC,

                         Respondent.

Civil Action No. 21-cv-08330 (LAK)

**INFORMATION SUBPOENA,
SUBPOENA *DUCES TECUM*, AND
SUBPOENA TO TESTIFY**

**RE:  WHITE OAK GLOBAL ADVISORS, LLC, Judgment Debtor**

**TO:  SEI INVESTMENTS COMPANY ("SEI")**
        777 Third Avenue
        26th Floor
        New York, NY 10017

     **WHEREAS**, in an arbitration between the Trustees of the New York State Nurses

Association Pension Plan (the "Plan"), and White Oak Global Advisors, LLC ("White Oak"), a

final award was entered on August 4, 2021 in favor of the Plan (the "Judgment Creditor") and

against White Oak (the "Judgment Debtor"), providing, among other things, that White Oak

disgorge the net asset value of the Plan's investments as of the date of the final award, its profits,

and some fees, pay prejudgment interest at 9% per annum on these amounts, and pay attorneys'

fees and costs (the "Award");

     **WHEREAS**, on March 17, 2022, a judgment was entered confirming the Award in

relevant part in the United States District Court for the Southern District of New York (the

"Judgment");

     **NOW, THEREFORE, WE COMMAND YOU**, pursuant to Federal Rule of Civil

Procedure 69(a)(2) and New York Civil Practice Law and Rules 5223 and 5224, to answer the

questions posed in Exhibit A ("INFORMATION REQUESTS"), separately, fully, and in writing, under oath, and in accordance with the "DEFINITIONS AND INSTRUCTIONS" herein, and return the original of the questions together with Your answers to the undersigned within seven (7) days of their receipt, on or before May 24, 2022.  An extra copy of this subpoena and a pre-paid, return envelope have been provided for this purpose.  The answers may also be transmitted electronically to the e-mail addresses provided below.

**WE FURTHER COMMAND YOU**, pursuant to Federal Rules of Civil Procedure 45 and 69(a)(2), which incorporate by reference New York Civil Practice Law and Rules Article 52, to produce for inspection and copying all documents and records described in the attached Exhibit A ("DOCUMENT REQUESTS") now in Your custody or control, in accordance with the "DEFINITIONS AND INSTRUCTIONS" herein, at the offices of counsel for the Plan, Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, on or before May 31, 2022.  This production may also be completed electronically to the e-mail addresses provided below.

**WE FURTHER COMMAND YOU**, pursuant to Federal Rules of Civil Procedure 45 and 69(a)(2), which incorporate by reference New York Civil Practice Law and Rules Article 52, and in accordance with the "DEFINITIONS AND INSTRUCTIONS" herein, to produce a person or persons to give testimony on behalf of SEI in an oral deposition in this action concerning the matters listed in Exhibit A ("DEPOSITION TOPICS").  The deposition will be held at the offices of counsel for the Plan, Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, on Tuesday, June 30, 2022 at 10 AM, and will continue from day to day until concluded.

**PLEASE TAKE NOTICE THAT** false swearing on such examination or failure to comply with this subpoena is punishable as contempt of court.

## CERTIFICATION

I, C. William Philips, hereby certify that the information subpoena component of this subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law that I have a reasonable belief that the party receiving this subpoena has in their possession information about the Judgment Debtor that will assist the Judgment Creditor in collecting the Judgment.

Dated: New York, New York
        May 17, 2022

By:_____
      C. William Phillips
      Jonathan Sperling
      Cléa P.M. Liquard

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel:  (212) 841-1000
cphillips@cov.com
jsperling@cov.com
cliquard@cov.com

*Attorneys for Judgment Creditors*
*the Trustees of the New York State*
*Nurses Association Pension Plan*

**EXHIBIT A**

**DEFINITIONS AND INSTRUCTIONS**

1.      The Uniform Definitions in Discovery Requests set forth in Local Civil Rule 26.3 of the Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules") are incorporated herein by reference, including (without limitation) the following definitions and rules of construction set forth in the rule:

(a) *All/Each*.  The terms "all" and "each" shall be construed as all and each.

(b) *And/Or*.  The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

(c) *Communication*.  The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

(d) *Concerning*.  The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

(e) *Document*.  The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a), including, without limitation, electronic or computerized data compilations.  A draft or non-identical copy is a separate document within the meaning of this term.

(f) *Number*.  The use of the singular form of any word includes the plural and vice versa.

(g) *Person*.  The term "person" is defined as any natural person or any business, legal or governmental entity or association.

2.      "Including" or "includes" means including without limitation.

3.      "White Oak" or "Judgment Debtor" means White Oak Global Advisors, LLC and any of its present or former directors, officers, principals, employees, agents, attorneys, parents, affiliates, subsidiaries, investigators, accountants, representatives, or other person or entity acting on its behalf or for its benefit.

4.　　"The Plan" or "Judgment Creditor" means the Trustees of the New York State Nurses Association Pension Plan and any of its present or former employees, agents, attorneys, investigators, accountants, representatives, trustees, or other person or entity acting on its behalf or for its benefit.

5.　　"SEI," "You," and "Your" means SEI Investments Company and any of its present or former directors, officers, principals, employees, agents, attorneys, investigators, accountants, representatives, or other person or entity acting on its behalf or for its benefit, as well as any parent, affiliate, or subsidiary entities.

6.　　"The Plan's Investment" means cash, securities, property, capital account, investment account, and any other assets directly or indirectly attributable to the Plan that are invested in or are or were allocated for investment in funds or other vehicles managed by White Oak.

7.　　Set forth the text of a given Request before Your response to that Request.

8.　　Each of these Requests is to be construed independently and shall not be referenced to any other request for the purpose of the limitation.

9.　　In answering any Request, provide all documents and information that are available to You, regardless of where such documents or information are located.

10.　　Unless otherwise noted, these Requests seek all responsive information in Your possession, custody or control that was generated, prepared or received at any time during the period from January 1, 2018, to the present or that concerns any event that occurred during that period.

11.　　In the event any objection is made to Requests on the grounds that a Request calls for disclosure of information purportedly protected by privilege or work product protection, such

objection shall state with specificity all grounds relied upon and all facts on which You rely to support the validity of Your objection.  If an objection pertains to only a portion of a Request, or a word, phrase, or clause contained therein, You are required to respond to the remainder of the Request.

12.     No part of any Request may be left unanswered merely because an objection is interposed to another part of the Request.

13.     With respect to each Request for which a claim of privilege is asserted in whole or in part, provide a log containing all information required to establish the purported privilege, including, but not limited, to, the following:  (i) the author(s) and recipient(s) of the communication, information or document; (ii) the date of the communication, information, or document; (iii) the nature (*e.g.* letter or memorandum); (iv) the subject matter of the communication, information, or document; and (v) the ground upon which the communication, information, or document is withheld from production.

14.     If in answering these Requests You encounter any ambiguity in construing any Request or any applicable definition or instruction, set forth the matter deemed ambiguous and the construction selected or used in answering the Request.

15.     If a document otherwise responsive to this Request has been lost or destroyed, state and identify the Request to which the document relates and specify:

> (a)  The subject matter and substance of the document,
>
> (b)  The date of the document,
>
> (c)  The name(s) and address(es) of each person who prepared, discussed, received, viewed, or otherwise possessed or controlled the document, and

6

(d) The date, place, manner, reason, and circumstances of said loss or
destruction.

16.     The information and documents called for by these Requests shall be produced as
they have been kept in the ordinary course of business.

17.     A complete or original copy of each document or thing must be produced even if
only a portion of such document or thing is responsive to one of the numbered requests contained
herein.  Documents shall not be edited, cut, redacted (except pursuant to a claim of privilege) or
expunged, and shall include all attachments, appendices, tables and exhibits and all covering
memoranda, letters or documents.  Things (e.g., computer data tapes) shall not be altered or
modified, unless otherwise directed.

18.     These Requests are to be deemed continuing so as to require further and
supplemental response as additional responsive information or documents are obtained or
located, from the time of the initial response to the time that the Award and Judgment are
satisfied or vacated.

## INFORMATION REQUESTS

1.      State the following for the quarter ending June 30, 2021:

   a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

2.      State the following as of August 4, 2021:

   a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

3.      State the following as of September 3, 2021:

   a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

   c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

4.      State the following for the quarter ending September 30, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

5.      State the following for the quarter ending June 30, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

6.      State the following as of August 4, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

7.     State the following as of September 3, 2021:

    a.  the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.  the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

8.     State the following for the quarter ending September 30, 2021:

    a.  the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.  the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

9.     State the following for the quarter ending June 30, 2021:

    a.  the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    b.  the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

10.　　State the following as of August 4, 2021:

    a.　the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    b.　the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    c.　the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

11.　　State the following as of September 3, 2021:

    a.　the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    b.　the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    c.　the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

12.　　State the following for the quarter ending September 30, 2021:

    a.　the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    b.　the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    c.　the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

13.    State the following for the quarter ending June 30, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.   the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      c.   the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

14.    State the following as of August 4, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.   the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      c.   the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

15.    State the following as of September 3, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b.   the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c.   the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

16.    State the following for the quarter ending September 30, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b.   the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c.   the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

17.    State the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining net asset value in connection with the above Requests.

18.     State the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining fair market value in connection with the above Requests.

19.     State the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining net capital balance in connection with the above Requests.

## DOCUMENT REQUESTS

1.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending June 30, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

2.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of August 4, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

3.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of September 3, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

     b.  the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

     c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

4.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending September 30, 2021:

     a.  the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

     b.  the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

     c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

5.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending June 30, 2021:

     a.  the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

     b.  the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

     c.  the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

6.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of August 4, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

      b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

      c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

7.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of September 3, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

      b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

      c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

8.      All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending September 30, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

   b. the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

   c. the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

 9. All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending June 30, 2021:

   a. the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

   b. the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

   c. the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

 10. All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of August 4, 2021:

   a. the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

   b. the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

   c. the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

11.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of September 3, 2021:

  a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

  b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

  c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

12.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending September 30, 2021:

  a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

  b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

  c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

13.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending June 30, 2021:

    a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c.  the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

14.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of August 4, 2021:

    a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c.  the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

15.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following as of September 3, 2021:

      a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      c.  the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

16.     All documents and communications, including but not limited to communications with White Oak, relating to the determination of or reflecting the following for the quarter ending September 30, 2021:

      a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

     c. the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

17. All documents and communications, including but not limited to communications with White Oak, relied upon, used, or referred to by You in determining the net asset value of the above Requests.

18. All documents and communications, including but not limited to communications with White Oak, relied upon, used, or referred to by You in determining the fair market value of the above Requests.

19. All documents and communications, including but not limited to communications with White Oak, relied upon, used, or referred to by You in determining the net capital balance of the above Requests.

20. All communications with White Oak relating to or concerning the Plan, including but not limited to the Plan's Investment, that date on or after November 30, 2020.

21. Documents and communications, including but not limited to communications with White Oak, sufficient to show the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the net asset value of assets held in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.

22. Documents and communications, including but not limited to communications with White Oak, sufficient to show the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the fair market value of assets held

in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.

23. Documents and communications, including but not limited to communications with White Oak, sufficient to show the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the net capital balance of assets held in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.

## DEPOSITION TOPICS

1.      All matters relating to the determination of the following for the quarter ending

June 30, 2021:

>   a.  the net asset value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   b.  the fair market value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   c.  the net capital balance of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.

2.      All matters relating to the determination of the following as of August 4, 2021:

>   a.  the net asset value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   b.  the fair market value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   c.  the net capital balance of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.

3.      All matters relating to the determination of the following as of September 3, 2021:

>   a.  the net asset value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   b.  the fair market value of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.
>
>   c.  the net capital balance of the Plan's Investment held by or invested in the
>       White Oak Pinnacle Feeder Fund I, L.P.

4.      All matters relating to the determination of the following for the quarter ending September 30, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

        c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Feeder Fund I, L.P.

5.      All matters relating to the determination of the following for the quarter ending June 30, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

        b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

        c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

6.      All matters relating to the determination of the following as of August 4, 2021:

        a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

        b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

        c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

7.    All matters relating to the determination of the following as of September 3, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

8.    All matters relating to the determination of the following for the quarter ending September 30, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Pinnacle Fund, L.P.

9.    All matters relating to the determination of the following for the quarter ending June 30, 2021:

    a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

    c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

10.     All matters relating to the determination of the following as of August 4, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

11.     All matters relating to the determination of the following as of September 3, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

12.     All matters relating to the determination of the following for the quarter ending September 30, 2021:

      a.   the net asset value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      b.   the fair market value of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

      c.   the net capital balance of the Plan's Investment held by or invested in the White Oak Summit Fund, L.P.

13.     All matters relating to the determination of the following for the quarter ending June 30, 2021:

      a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      c.  the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

14.     All matters relating to the determination of the following as of August 4, 2021:

      a.  the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      b.  the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

      c.  the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

15. All matters relating to the determination of the following as of September 3, 2021:

    a. the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b. the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c. the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

16. All matters relating to the determination of the following for the quarter ending September 30, 2021:

    a. the net asset value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    b. the fair market value of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

    c. the net capital balance of the Plan's Investment held by or invested in any other fund or other investment vehicle managed by White Oak for which SEI provides administrative services.

17.     All matters related to communications with White Oak relating to or concerning the Plan, including but not limited to the Plan's Investment, that date on or after November 30, 2020.

18.     All matters related to the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the net asset value of assets held in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.

19.     All matters related to the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the fair market value of assets held in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.

20.     All matters related to the process, methodology, assumption(s), standard(s), and other parameters relied upon or used by You in determining the net capital balance of assets held in the White Oak Pinnacle Feeder Fund I, L.P., White Oak Pinnacle Fund, L.P., the White Oak Summit Fund, L.P (collectively, the "Funds"), and any other funds affiliated with White Oak in which these Funds directly or indirectly invested.