UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF THE NEW YORK
STATE NURSES ASSOCIATION PENSION
PLAN,

                Petitioner,                          21 **CIVIL** 8330 (LAK)

      -against-                                  **CORRECTED JUDGMENT**

WHITE OAK GLOBAL ADVISORS LLC,
                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated March 17, 2022, and the Court's Order dated July 14, 2022, White Oak's motion is granted to the very limited extent that the award is modified as described in the Memorandum Opinion solely with respect to White Oaks' retention of the IMA management fee and denied in all other respects. The Plan's petition to confirm the arbitration award, consisting of the PFA and the FA and as modified by the preceding sentence, is granted in all respects. Accordingly, the Court confirms the following relief awarded in favor of the Plan: (I) removal of White Oak as fiduciary and investment manager; (ii) disgorgement of profits; (iii) disgorgement of the "Day One" management fees in the amount of $1,929,836.07, plus prejudgment interest at 9 percent per annum in the amount of $1,319,532.02; (iv) disgorgement of the net asset value of the Plan's assets as of August 4, 2021, with prejudgment interest at 9 percent per annum running from September 18, 2018 to August 4, 2021; and (v) $5,722,249.35 in attorneys' fees and costs. The Plan's requests for post-award prejudgment interest and for a declaratory judgment are denied, the latter as moot; accordingly, the case is closed.

**Dated**: New York, New York
           July 14, 2022

                                                                                **RUBY J. KRAJICK**

                                                                                 **Clerk of Court**

                                  **BY:**                 *K. Mango*

                                                                                 **Deputy Clerk**