# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRUSTEES OF THE NEW YORK STATE NURSES ASSOCIATION PENSION PLAN, ) ) ) ) | |
| Petitioners, ) ) | Case No. 21-cv-8330 (LAK) |
| v. ) ) | |
| WHITE OAK GLOBAL ADVISORS, LLC, ) ) | **NOTICE OF APPEAL** |
| Respondent. ) | |

NOTICE IS HEREBY GIVEN that White Oak Global Advisors, LLC, respondent in the above-captioned case, appeals to the United States Court of Appeals for the Second Circuit from the March 17, 2022 Memorandum Opinion of the United States District Court for the Southern District of New York (docket number 59), the March 17, 2022 final Judgment entered thereon (docket number 60), the June 20, 2022 Memorandum Opinion of the United States District Court for the Southern District of New York (docket number 87), the July 14, 2022 Order on Post-Judgment Motions of the United States District Court for the Southern District of New York (docket number 88), the July 14, 2022 Corrected Judgment entered thereon (docket number 89), and from all associated and underlying orders, judgments, and decisions.[1]

---

[1] On July 25, 2022, Respondent filed a motion pursuant to Federal Rule of Civil Procedure 59(e) for partial reconsideration of the Court's July 14, 2022 Order and the July 14, 2022 Corrected Judgment thereon. (Dkt. 91.) Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(i), this notice will become effective after the Court resolves that pending Rule 59(e) motion.

Dated: August 12, 2022

By: */s/ Eamon P. Joyce*

James Heyworth
jheyworth@sidley.com
Eamon P. Joyce
ejoyce@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

and

Thomas K. Cauley, Jr. (*pro hac vice*)
tcauley@sidley.com
Steven E. Sexton (*pro hac vice*)
ssexton@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Respondent White Oak Global Advisors, LLC*