MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/22

THE TRUSTEES OF THE NEW YORK )
STATE NURSES ASSOCIATION )
PENSION PLAN, )
 )
      Petitioner, )   Case No. 1:21-cv-8330-LAK
 )
v. )   Motion denied. It is entirely
 )   without merit.
WHITE OAK GLOBAL ADVISORS, LLC, )
 )   SO ORDERED
      Respondent. )
 )   _____
      LEWIS A. KAPLAN, USDJ
      8/25/22

### NOTICE OF WHITE OAK GLOBAL ADVISORS, LLC'S
### MOTION FOR PARTIAL RECONSIDERATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Thomas K. Cauley, Jr. and exhibits thereto, White Oak Global Advisors, LLC, by the undersigned attorneys, hereby moves this Court, before the Honorable Judge Lewis A. Kaplan, United States District Judge, Southern District of New York, on a date and at a time to be designated by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3, for partial reconsideration of the Court's July 14, 2022 order (Dkt. 89), which granted in part the motion of The Trustees of the New York State Nurses Association Pension Plan to amend the March 17, 2022 judgment (Dkt. 59) and for such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within 14 days after service of this Motion.