**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION PLAN,

                    Petitioner,

    -against-                                     21 **CIVIL** 8330 (LAK)

                                               <u>**JUDGMENT**</u>

WHITE OAK GLOBAL ADVISORS LLC,

                    Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 27, 2022, Petitioners' motion is GRANTED in all respects. The Plan has judgment against White Oak for the additional sum of $1,654,422.27 in attorney's fees, costs, and disbursements incurred in connection with the Plan's effort to confirm and enforce the arbitral award.

**Dated:**  New York, New York

        October 27, 2022

                                          **RUBY J. KRAJICK**

                                       _____
                                          **Clerk of Court**

                 **BY:**       _K. Mango_

                                          _____
                                            **Deputy Clerk**