

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

THE TRUSTEES OF THE NEW YORK
STATE NURSES ASSOCIATION PENSION
PLAN,                                          Civil Action No. 21-cv-08330 (LAK)

               Petitioners,           **STIPULATION AND [PROPOSED]
ORDER**

     v.

WHITE OAK GLOBAL ADVISORS, LLC,

               Respondent.

———————————————————————————

WHEREAS, on July 14, 2022, the Clerk of the District Court for the Southern District
of New York in the above-captioned lawsuit (the "Lawsuit") entered a Corrected Judgment (the
"Corrected Judgment") against Defendant, White Oak Global Advisors LLC ("White Oak"),
and in favor of the Plaintiff, The Trustees of the New York State Nurses Association Pension
Plan (the "Plan") (Dkt. 89);

WHEREAS, White Oak has appealed to the United States Court of Appeals for the
Second Circuit from the Corrected Judgment (Dkt. 104);

WHEREAS, on August 10, 2022, Atlantic Specialty Insurance Company issued a
Supersedeas Bond (Bond No. 800133977) in the amount of $9,177,965 (the "First Bond");

WHEREAS, on October 17, 2022, Atlantic Specialty Insurance Company issued a
Supersedeas Bond (Bond No. 800145565) in the amount of $22,904,604 (the "Second Bond");

WHEREAS, on October 20, 2022 the Plan agreed that the First Bond and Second Bond
sufficiently secured the monetary components of the Corrected Judgment pending the Appeal,
and stipulated that the First Bond and Second Bond stayed enforcement of all monetary

components of the Corrected Judgment pending appeal (Dkt. 118), and the District Court entered that stipulation on October 21, 2022 (Dkt. 119);

WHEREAS, on October 27, 2022 the Clerk of the Court entered a separate judgment (the "Additional Judgment") against White Oak and in favor of the Plan for attorneys' fees, costs, and disbursements in the amount of $1,654,422.27 (Dkt. 124);

WHEREAS, on November 9, 2022, White Oak filed a Second Amended Notice of Appeal (Dkt. 125) appealing the Additional Judgment to the United States Court of Appeals for the Second Circuit;

WHEREAS, White Oak has obtained a third Supersedeas Bond in the total amount of $1,680,928, attached hereto as Exhibit A (the "Third Bond"); and

WHEREAS, the Plan has agreed that the Third Bond secures the Additional Judgment pending appeal, and to stipulate that the Third Bond stays enforcement of the Additional Judgment pending appeal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, by their undersigned counsel, as follows:

1.  The Plan agrees that the Bond attached hereto as Exhibit A secures the Additional Judgment pending appeal.

2.  All enforcement of the Additional Judgment is stayed pending appeal.


Dated: December 1, 2022                    Dated: December 1, 2022

COVINGTON & BURLING LLP

By: _____

Jonathan Sperling

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 841-1000
jsperling@cov.com

*Attorneys for Petitioners*
*The Trustees of the New York State*
*Nurses Association Pension Plan*

SIDLEY AUSTIN LLP

By: _____

Thomas K. Cauley, Jr.

Eamon P. Joyce
James Heyworth
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
ejoyce@sidley.com
jheyworth@sidley.com

and

Thomas K. Cauley, Jr. (pro hac vice)
Steven E. Sexton (pro hac vice)
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

*Attorneys for Respondent*
*White Oak Global Advisors, LLC*

SO ORDERED:

_____
U.S.D.C.

Dated: 12/05/2022