# EXHIBIT B



# White Oak Pinnacle Feeder Fund I, L.P.

**Partner Information**

New York State Nurse Association Pension Plan
NYSNA Pension Plan & Benefits Fund
3 Pine West Plaza, Suite 301
Albany, NY 12205

Statement of Capital Account
For the Quarter Ended August 04, 2021

|  | Current Quarter | Year - to - Date |
|---|---:|---:|
| Beginning Capital Balance | $ 52,574,915.96 | $ 50,114,070.01 |
| Contributions | 0.00 | 0.00 |
| Transfers | 0.00 | 0.00 |
| Distributions: | | |
|    Return of Capital | 0.00 | (1,537,689.00) |
|    Earnings Distributions - Cash | 0.00 | 0.00 |
|    Earnings Distributions - Tax Withholdings | 0.00 | 0.00 |
| Income and Expenses: [a] | | |
|    Investment Income | 87,697.84 | 968,412.91 |
|    Expenses | (9,743.36) | (76,656.39) |
|    Management Fee | (57,065.68) | (375,132.32) |
|    Management Fee Reimbursement | 0.00 | 0.00 |
|    Realized Gain (Loss) | 0.00 | (663,990.42) |
|    Change in Unrealized Gain (Loss) | (18,699.09) | 4,148,090.88 |
| Net Income (Loss) | 2,189.71 | 4,000,724.66 |
| Ending Gross Capital Balance | 52,577,105.67 | 52,577,105.67 |
|    Estimated Incentive Allocation | 0.00 | 0.00 |
| Ending Net Capital Balance | $ 52,577,105.67 | $ 52,577,105.67 |

**Outstanding Commitment**

| | |
|---|---:|
| Capital Commitment | 80,000,000.00 |
| Total Capital Called [b] | (80,000,000.00) |
| Return of Capital Distributions | 18,287,306.00 |
| Recycled Capital [c] | (9,226,129.00) |
| Remaining Capital Commitment [b] | $ 9,061,177.00 |

**Performance Summary - Rate of Return**

|  | Quarter - to - Date | Year - to - Date |
|---|---:|---:|
| Investment Return [d] | 0.12% | 7.89% |
| Gross Return [e] | 0.00% | 8.04% |
| Net Return [f] | 0.00% | 8.04% |



<div style="text-align:center">White Oak Pinnacle Feeder Fund I, L.P.</div>

**Disclosures**

The capital account balance set forth above is preliminary, estimated and unaudited. Final reported capital account balance and performance may vary considerably from these estimates. Past performance is not indicative of future results, which may vary.

The information presented on this statement is unaudited and is subject to change due to audit adjustments. This document is for informational purposes only and does not constitute an offer or a solicitation of an offer to buy interest in the fund. This document and information herein is confidential and may not be reproduced in any manner.

Quarter-end NAVs are generally based on pricing information provided by a third-party pricing service and adopted by White Oak's Valuation Committee.  Intra-quarter NAVs are based primarily on internal valuations extrapolating from the immediately prior quarter-end NAVs, and, in limited circumstances, are also valued by the third-party pricing service and adopted by White Oak's Valuation Committee.  Intra-quarter NAVs may also be adjusted by White Oak's Valuation Committee to reflect other relevant information.  All values may differ materially from the price at which actual sales transactions have been or could be effected.

(a) For tax purposes, income may differ from the amounts shown
(b) Includes deemed contributions, which are amounts withheld from distributions and applied to fulfill capital calls
(c) Capital Called on Return of Capital Distributions
(d) Investment Return: returns related to all investment activity
(e) Gross Return: investment return less operating and management fees
(f) Net Return: investment return less operating, management, and performance fees

Please note that the remaining capital commitment has been reduced by approximately 1.7% of the total commitment amount due to excess interest proceeds that were from time to time used to fund capital calls throughout 2014

The Partnership's investment recycling period ended on June 30, 2017. Commencing after this period, each investor's remaining capital commitment will only be adjusted for capital calls. Any return of capital distributions after this point will no longer be considered recallable and will not be added to each investor's remaining capital commitment.

Case 1:21-cv-08330-LAK   Document 131-2   Filed 02/28/23   Page 4 of 5



# White Oak Summit Fund, L.P.

**Partner Information**

New York State Nurse Association Pension Plan
NYSNA Pension Plan & Benefits Fund
3 Pine West Plaza, Suite 301
Albany, NY 12205

Statement of Capital Account
For the Quarter Ended August 04, 2021

|  | Current Quarter | Year - to - Date |
|---|---:|---:|
| Beginning Capital Balance | $ 33,555,760.28 | $ 35,152,293.92 |
| Contributions | 0.00 | 0.00 |
| Transfers | 0.00 | 0.00 |
| Distributions: | | |
|    Return of Capital | 0.00 | (1,485,265.00) |
|    Earnings Distributions - Cash | 0.00 | (590,608.00) |
|    Earnings Distributions - Tax Withholdings | 0.00 | 0.00 |
| Income and Expenses: [a] | | |
|    Investment Income | 172,739.11 | 1,139,449.68 |
|    Expenses | (6,320.65) | (66,021.47) |
|    Management Fee | (30,604.46) | (202,673.79) |
|    Management Fee Reimbursement | 0.00 | 0.00 |
|    Realized Gain (Loss) | 0.00 | 0.00 |
|    Change in Unrealized Gain (Loss) | 127,535.28 | (315,625.08) |
| Net Income (Loss) | 263,349.28 | 555,129.34 |
| Ending Gross Capital Balance | 33,819,109.56 | 33,631,550.26 |
|    Estimated Incentive Allocation | 0.00 | 187,559.30 |
| Ending Net Capital Balance | $ 33,819,109.56 | $ 33,819,109.56 |

**Outstanding Commitment**

| | |
|---|---:|
| Capital Commitment | 35,000,000.00 |
| Total Capital Called [b] | (35,000,000.00) |
| Return of Capital Distributions | 19,325,492.88 |
| Recycled Capital [c] | (18,686,809.64) |
| Remaining Capital Commitment [b] | $ 638,683.24 |

**Distribution Summary**

|  | Quarter - to - Date | Year - to - Date | Since Inception |
|---|---:|---:|---:|
| Earnings Distribution | $ 0.00 | $ (590,608.00) | $ (9,273,750.00) |
| Reinvested Earnings Distribution | 0.00 | 0.00 | 6,450,653.00 |
| Return of Capital Distribution | 0.00 | (1,485,265.00) | (21,182,073.88) |
| Total Cash Distribution | $ 0.00 | $ (2,075,873.00) | $ (24,005,170.88) |

Page 1 of 2



## White Oak Summit Fund, L.P.

**Performance Summary - Rate of Return**

|  | Quarter - to - Date | Year - to - Date | Since Inception |
|---|---:|---:|---:|
| Investment Return[d] | 0.84% | 2.27% | 70.96% |
| Gross Return[e] | 0.78% | 1.62% | 54.11% |
| Net Return[f] | 0.78% | 2.17% | 52.25% |

**Disclosures**

The capital account balance set forth above is preliminary, estimated and unaudited. Final reported capital account balance and performance may vary considerably from these estimates. Past performance is not indicative of future results, which may vary.

The information presented on this statement is unaudited and is subject to change due to audit adjustments. This document is for informational purposes only and does not constitute an offer or a solicitation of an offer to buy interest in the fund. This document and information herein is confidential and may not be reproduced in any manner.

Quarter-end NAVs are generally based on pricing information provided by a third-party pricing service and adopted by White Oak's Valuation Committee. Intra-quarter NAVs are based primarily on internal valuations extrapolating from the immediately prior quarter-end NAVs, and, in limited circumstances, are also valued by the third-party pricing service and adopted by White Oak's Valuation Committee. Intra-quarter NAVs may also be adjusted by White Oak's Valuation Committee to reflect other relevant information. All values may differ materially from the price at which actual sales transactions have been or could be effected.

(a) For tax purposes, income may differ from the amounts shown
(b) Includes deemed contributions, which are amounts withheld from distributions and applied to fulfill capital calls
(c) Capital Called on Return of Capital Distributions
(d) Investment Return: returns related to all investment activity
(e) Gross Return: investment return less operating and management fees
(f) Net Return: investment return less operating, management, and performance fees

The Funds investment period ended on September 30, 2018 and the recycling period ended on September 30, 2019. Commencing after the end of the recycling period, any Return of Capital Distribution after this point will no longer be considered recallable and will not be added to the investor's remaining Commitment.