USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION PLAN,

                      Petitioner,

     - against -

WHITE OAK GLOBAL ADVISORS LLC,

                      Respondent.
------------------------------------------------------------X

21-CV-8330 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As directed at the conference held via Microsoft Teams on April 11, 2023, the issues raised at Dkts. 131 and 132 are resolved as follows:

      1. Respondent shall perform a net asset value ("NAV") analysis as of September 3, 2021, of the assets transferred to, or for the benefit of, Petitioner on September 3, 2021.  Petitioner is entitled to receive payment equal to the NAV as of August 4, 2021. There is no way to verify that that was the value received by Petitioner without knowing the value of the assets at the time they were transferred.  The parties shall each pay half of the cost of performing the NAV analysis.

      2. Respondent shall provide the names of the investors on the list previously provided to Plaintiff without names.  Petitioner must maintain the names as confidential, to be shared only with outside counsel, in-house counsel, and client representatives.  Petitioner may not share the names with, among others and without limitation, its third-party investment manager(s).

      The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 131.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2023
      New York, New York

Copies transmitted this date to all counsel of record.