Case 1:21-cv-08330-LAK-RWL   Document 174   Filed 08/22/24

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024

**MEMO ENDORSED**

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

C. William Phillips
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1081
cphillips@cov.com

By ECF

August 21, 2024

The Honorable Judge Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *The Trustees of the New York State Nurses Association Pension Plan v. White Oak Global Advisors, LLC*, No. 21-cv-8330 (LAK) (RWL)

Dear Judge Kaplan:

We represent the Trustees of the New York State Nurses Association Pension Plan ("the Plan"). The Plan and White Oak Global Advisors LLC jointly request a stay of all proceedings until October 21, 2024. The parties have now entered into a binding settlement term sheet, and wish to stay the proceedings to permit sufficient time to execute a settlement agreement and to satisfy certain conditions of that settlement, which if met will lead to the dismissal with prejudice of this action. This is the parties' first request to stay these proceedings.

Respectfully,

C. William Phillips

Granted.

SO ORDERED
LEWIS A. KAPLAN, USDJ

8/22/2024