UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION PLAN,

                Petitioners,

        -against-                                                21-cv-8330 (LAK)

WHITE OAK GLOBAL ADVISORS LLC,

                Respondent.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        In connection with the respondent's motion to vacate the April 3, 2024 contempt finding, respondent, on or before September 16, 2024, shall submit to chambers (a) the signed, binding settlement term sheet, executed on August 16, 2024, and (b) any subsequent agreement incorporating its terms as well as (c) any motion to seal the materials, or parts of materials, thus submitted in the event any party regards sealing as necessary.

        SO ORDERED.

Dated:      September 9, 2024

                                                          /s/ Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                     United States District Judge