**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

THE TRUSTEES OF THE NEW YORK STATE
NURSES ASSOCIATION PENSION
PLAN,

        Petitioner,

- v. -

WHITE OAK GLOBAL ADVISORS LLC,

        Respondent.

---

Case No. 1:21-cv-8330-LAK

**NOTICE OF WHITE OAK GLOBAL ADVISORS LLC'S
UNOPPOSED MOTION TO VACATE THE APRIL 3, 2024 CONTEMPT FINDING**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, White Oak Global Advisors LLC, by the undersigned attorneys, hereby moves this Court, before the Honorable Judge Lewis A. Kaplan, United States District Judge, Southern District of New York, on a date and at a time to be designated by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, pursuant to Federal Rule of Civil Procedure 60(b)(6), for an order vacating the finding of contempt (Dkts. 154, 158). The Trustees of the New York State Nurses Association Pension Plan do not oppose the present motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, must be served within 14 days after service of this Motion.

Dated: September 4, 2024
New York, New York

Respectfully Submitted,
SIDLEY AUSTIN LLP

By: /s/ *Eamon P. Joyce*

Eamon P. Joyce
Shirin Mahkamova
787 Seventh Avenue

*Handwritten endorsement:* In light of the egregious nature of the contempt, and some of Respondent's actions in this case, the Court declines to exercise its discretion in Respondent's favor on this motion. Motion denied.

**SO ORDERED**

/s/ LEWIS A. KAPLAN, USDJ
9/17/24